IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS SHERMAN DIVISION

| | | |
|---|---|---|
| FARHAD SHAHROKHI | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO.<br>4:19-cv-00403-ALM<br>(JURY TRIAL) |
| THE UNIVERSITY OF NORTH TEXAS | § § § | |
| Defendant. | § § | |

**PLAINTIFF FARHAD SHAHROKHI'S NOTICE OF SERVICE OF
<u>INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1)</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Farhad Shahrokhi ("Plaintiff") hereby files its Notice of Service of Plaintiff's Initial Disclosures, and states that on August 16, 2019, Plaintiff served its Initial Disclosures on Defendant by and through their attorneys of record via certified mail, return receipt requested and e-mail.

                 Respectfully Submitted,

                 ROBERTS CUNNINGHAM & STRIPLING LLP

                 By: <u>/s/ H.N. Cunningham III</u>
                 H.N. Cunningham, III
                 Texas Bar No. 05246900
                 Email:  hnciii@aol.com
                 John P. Tufnell
                 Texas Bar No. 24047033
                 Email: jtufnell@gmail.com
                 13155 Noel Road, Suite 900
                 Dallas, Texas 75240
                 Attorneys for Plaintiff

## Certificate of Service

    I hereby certify that a true and correct copy of the foregoing was sent by certified mail, return receipt requested and e-mail to all counsel of record on the 16th day of August, 2019:

/s/ John P. Tufnell

**PLAINTIFF FARHAD SHAHROKHI'S NOTICE OF SERVICE OF**
**INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1) – PAGE 2**