IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS SHERMAN DIVISION

| | | |
|---|---|---|
| FARHAD SHAHROKHI,<br>　　　*Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-CV-00403-ALM |
| | § | |
| THE UNIVERSITY OF NORTH TEXAS, | § | |
| 　　　*Defendant*. | § | |

## **AMENDED ORDER**

Came for consideration, Plaintiff, DR. FARHAD SHAHROKHI'S ("Shahrokhi") UNOPPOSED Motion for Extension of Discovery Period and Request for Status Conference (Dkt. #32). After review of the motion, the Court finds that good cause exists to grant the motion.

It is therefore **ORDERED** that the Unopposed Motion for Extension of Discovery Period and Request for Status Conference is **GRANTED**. The Scheduling Order is now as follows:

September 30, 2020 | All discovery shall be commenced in time to be completed by this date.

October 17, 2020 | Notice of intent to offer certified records

October 17, 2020 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order *(See* www.txed.uscourts.gov) and  Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases).

October 24, 2020 | Video Deposition Designation due. Each party  who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross-examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the  final edited video in accordance with all parties' designations and the Court's rulings on objections.

November 3, 2020 | Motions in limine due.
File Joint Final Pretrial Order. *(See* www.txed.uscourts.gov).

| | |
|---|---|
| November 19, 2020 | Response to motions in limine due.<br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses) (Provide the exhibit objected to in the motion or response). If numerous objections are filed the court may set a hearing prior to docket call.<br>File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| Date will be set by court. Usually within 10 days prior to the Final Pretrial Conference. | If numerous objections are filed the court may set a hearing to consider all pending motions and objections. |
| December 3, 2020 | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Date parties should be prepared to try case. All cases on the Court 's Final Pretrial Conference docket for this day have been set at 9:00 a.m. However, prior to the Final Pretrial Conference date, the Court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the Court's docket. |
| To be determined | 10:00 a.m. Jury selection and trial at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Cases that remain for trial following the Court's Pretrial docket will be tried between January 4, 2021 and January 29, 2021. A specific trial date in this time frame will be selected at the Final Pretrial Conference. |

**IT IS SO ORDERED.**

**SIGNED this 20th day of August, 2020.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE