# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| FARHAD SHAHROKHI, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:19-CV-403 |
| | § | Judge Mazzant |
| v. | § | |
| | § | |
| THE UNIVERSITY OF NORTH TEXAS, | § | |
| | § | |
| *Defendant.* | § | |

## VERDICT FORM

We, the Jury, find as follows:

### Title VII Discrimination Claim

### Question No. 1

Has Plaintiff Dr. Farhad Shahrokhi proved that Defendant UNT's decisions to set his salary, ratings for his performance evaluations, assign workload and teaching assignments, and move his workspace were "adverse employment actions" under the definition of "adverse employment actions" for a discrimination claim?

Answer "Yes" or "No" to each:

Setting his salary      No

Performance evaluations      No

Assigning workload and teaching assignments      No

Relocating workspace      No

**If you answered "Yes" to any of the above in Question No. 1, proceed to Question No. 2.  If you answered "No" to all in Question No. 1, then proceed to Question No. 3.**

**Question No. 2**

Has Plaintiff Dr. Farhad Shahrokhi proved that he would not have been subjected to adverse employment actions in the absence of—in other words, but for his national origin?

Answer "Yes" or "No"

_____

**Proceed to Question 3.**

**Title VII Retaliation Claim**

**Question No. 3**

Has Plaintiff Dr. Farhad Shahrokhi proved that Defendant UNT's decisions to set his salary, ratings for his performance evaluations, assign workload and teaching assignments, and move his workspace were "adverse employment actions" under the definition of "adverse employment actions" for a retaliation claim?

Answer "Yes" or "No" to each:

Setting his salary                                                     Yes

Performance evaluations                                      Yes

Assigning workload and teaching assignments      No

Relocating workspace                                          Yes

**If you answered "Yes" to any of the above in Question No. 3, proceed to Question No. 4.  If you answered "No" to all in Question No. 3, then proceed to Question No. 5.**

**Question No. 4.**

Do you find that Plaintiff Dr. Farhad Shahrokhi would not have been subjected to an adverse employment action but for his complaints based on national origin?

Answer "Yes" or "No"

Yes

**Proceed to Question 5.**

2

**Question No. 5.**

**Only answer Question No. 5 if you have answered "Yes" to Question No. 2 and/or Question No. 4. If you answered "No" to both Question No. 2 and Question No. 4, proceed to the signature line.**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff Dr. Farhad Shahrokhi for the damages, if any, you have found Defendant UNT's wrongful conduct, if any, caused Plaintiff Dr. Farhad Shahrokhi?

Answer in dollars and cents for the following item:

Past wages and benefits from February 8, 2017, to today.

$ 17,819.39

**Proceed to Question No. 6.**

**Question No. 6.**

Do you find that Plaintiff Dr. Farhad Shahrokhi failed to reduce his damages through the exercise of reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of any adverse employment action?

Answer "Yes" or "No"

No

**If you answered "Yes" to Question No. 6, then answer Question No. 7. If you answered "No" to Question No. 6, proceed to the signature line.**

**Question No. 7.**

How much would Plaintiff Dr. Farhad Shahrokhi have earned had he exercised reasonable diligence under the circumstances to minimize his damages?

Answer in dollars and cents, if any.

$

**Proceed to signature line.**

Date: 6/28/21          Presiding Juror:_____