IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FARHAD SHAHROKHI, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-00403-ALM |
| THE UNIVERSITY OF NORTH TEXAS, *Defendant*. | § § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, recognizing the Joint Stipulation of Dismissal (Dkt. #92) filed by Plaintiff Dr. Farhad Shahrokhi ("Shahrokhi") and Defendant The University of North Texas ("UNT") pursuant to settlement of the above-captioned litigation between the parties, the Court orders as follows:

It is hereby **ORDERED** that the claims asserted herein by Plaintiff Dr. Farhad Shahrokhi against the Defendant The University of North Texas be, and hereby are, dismissed with prejudice;

It is further **ORDERED** that the parties bear their own costs, expenses, and attorney's fees.

All relief not previously granted is hereby denied, and the Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 15th day of September, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE